IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOHN WILLARD CLEWIS,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CASE NO. 2:05cv230-W** |
| § | |
| **GERALD HELMS, BEN C. REEVES, JR.,** § | |
| **in his official capacity as District Attorney** § | |
| **for Barbour County, Alabama, and** § | |
| **BURT SMITHART, in his official capacity** § | |
| **as Circuit Judge for the Circuit Court of the** § | |
| **Third Judicial Circuit, Barbour County,** § | |
| **Alabama.** § | |
| § | |
| **Defendants.** § | |

## MOTION TO WITHDRAW

Comes now Tara S. Knee and requests that this Honorable Court grant her motion to withdraw in the above styled case and as grounds states as follows:

This attorney is no longer associated with the firm of Prestwood and Associates, P.C. and the case will be handled by the remaining attorneys.

Respectfully submitted this 18th day of July, 2005.


/s/Tara S. Knee
Tara S. Knee (KNE003)


OF COUNSEL

4229 Johnstown Drive
Montgomery, AL 36109
334-356-8922

-2-

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this the 18th day of July, 2005, served a copy of the foregoing upon all counsel and parties of record, by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed as follows:

Alyce S. Robertson
Assistant Attorney General
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130

Mr. Gerald Helms
51 County Road 23
Clio, Alabama 36107

                                                         /s/Tara S. Knee
                                                         Of Counsel