IN THE DISTRICT COURT OF THE UNTIED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHN WILLARD CLEWIS

    Plaintiff,

10/25/05

v.

CIVIL ACTION NO. 2:05cv230-W

GERALD D. HELMS, et al.

    Defendants.

## ORDER

The Honorable Susan Russ Walker,

I am sorry that I have not been able to get an attorney to represent me in this case. I have no other choice but drop the charges. I have tried almost all the attorneys in Montgomery due to the fact the judge, state attorney Gerald Helms. All attorneys are afraid to handle this case. I do appreciate the court and Judge Walker leniency, as Mr. Prestwood death was the cause of the delay.

I am now dropping the charges on the judge's statement and Gerald Helms.

Sincerely,

*John V Clewis*

John Willard Clewis