IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN WILLARD CLEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV230-W |
| | ) | |
| GERALD HELMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

In a pleading filed on October 26, 2005, plaintiff made a statement which suggested that he wished to dismiss all of his claims against all defendants, including defendant Reeves, who was not mentioned by name in the pleading. The statement read as follows:

> I am sorry that I have not been able to get an attorney to represent me in this case. I have no other choice but drop the charges. I have tried almost all the attorneys in Montgomery due to the fact that the judge, state attorney Gerald Helms. All attorneys are afraid to handle this case. I do appreciate the court and Judge Walker leniency, as Mr. Prestwood death was the cause of the delay.
>
> I am now dropping the charges on the judge's statement and Gerald Helms.

(Doc. # 20).

Based on this statement, the court forwarded to the parties for signature a stipulation by which the parties could consent to dismissal of plaintiff's claims without prejudice with each party to bear its own costs. The order forwarding the stipulation advised plaintiff that he must sign and return the stipulation if he wished to dismiss all of his claims against all of the defendants. (Doc. # 21). Plaintiff has not filed a signed stipulation of dismissal.

However, the court's order further directed any party who objected to dismissal as set forth in the stipulation to file an objection on or before November 10, 2005. Plaintiff did not file any objection within the time allowed by the court, and has not filed any pleading or otherwise communicated with the court since entry of the court's order.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that plaintiff's claims against the defendants be dismissed without prejudice pursuant to plaintiff's statement in Doc. # 20 and plaintiff's failure to object to dismissal as required by the order of the court.

The Clerk of the Court is ORDERED to file the Recommendation of the Magistrate Judge and to serve a copy on the parties to this action. The parties are DIRECTED to file any objections to this Recommendation on or before December 27, 2005. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation objected to. Frivolous, conclusive or general objections will not be considered by the District Court.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. Resolution Trust Co. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993); Henley v. Johnson, 885 F.2d 790, 794 (11th Cir. 1989).

DONE, this 14th day of December, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

3