IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN WILLARD CLEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv230-T |
| ) | (WO) |
| GERALD HELMS, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on December 14, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that plaintiff's claims against the defendants are DISMISSED without prejudice pursuant to plaintiff's statement in Doc. # 20 and plaintiff's failure to object to dismissal as required by the order of the court.

Done this the 3rd day of January, 2006.

            /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE